UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARMEEN DENISE WASHINGTON,<br><br>                    Plaintiff,<br><br>-against-<br><br>M.D. LINSAY OF BELLEVUE HOSPITAL PSYCHIATRIST,<br><br>                    Defendants. | 23-CV-5888 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff filed this action *pro se* and *in forma pauperis* (IFP). By order dated July 31, 2023, the Court issued an order directing Plaintiff, within 60 days, to file an amended complaint to address deficiencies in her original complaint. That order specified that failure to comply would result in dismissal of the complaint. On August 16, 2023, the order was returned to the court as undeliverable, and it could not be forwarded. Plaintiff did not update her address in this case, but she recently filed a new complaint, which shows a new address for her. *See Washington v. Paterson*, ECF 1:23-CV-8768, 1 (S.D.N.Y. filed Oct. 4, 2023). The Court directed the Clerk of Court to update Plaintiff's address on the docket of this case.

The Clerk of Court is directed to: (1) mail a copy of this order and the July 31, 2023, order (ECF 5) to Plaintiff at her new address. The Court grants Plaintiff **30** days from the date of this order to file an amended complaint that complies with the July 31, 2023, order. Plaintiff may also consent to electronic service of documents if she wishes to do so, by filing the attached form within 30 days. No summons will issue at this time. If Plaintiff fails to comply within the time allowed, and she cannot show good cause to excuse such failure, the action will be dismissed for failure to state a claim on which relief may be granted. No further extensions of time will be granted.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   October 6, 2023
         New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      Chief United States District Judge