UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARMEEN DENISE WASHINGTON,<br><br>                      Plaintiff,<br><br>    -against-<br><br>M.D. LINDSAY OF BELLEVUE HOSPITAL PSYCHIATRIST,<br><br>                      Defendants. | 23-CV-5888 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the November 20, 2023, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    SO ORDERED.

Dated:   November 20, 2023
            New York, New York

                                                                /s/ Laura Taylor Swain
                                                                   LAURA TAYLOR SWAIN
                                                        Chief United States District Judge